No. 974, October Term, 1967. IN RE POWELL, 392 U. S. 930. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 857, October Term, 1967. MILLER, AKA COPPOLA v. UNITED STATES, 392 U. S. 929. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 309, October Term, 1967. AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA ET AL. v. CARROLL ET AL.; and

No. 310, October Term, 1967. CARROLL ET AL. v. AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA ET AL., 391 U. S. 99. Petition for rehearing denied. THE CHIEF JUSTICE and MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 618, October Term, 1967. FORTNIGHTLY CORP. v. UNITED ARTISTS TELEVISION, INC., 392 U. S. 390. Motion of Authors League of America, Inc., for leave to file a brief, as amicus curiae, in support of rehearing granted. Petition for rehearing denied. MR. JUSTICE DOUGLAS, MR. JUSTICE HARLAN, and MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion and petition. Irwin Karp on the motion.

No. 1377, October Term, 1967. WECHSLER ET AL. v. UNITED STATES, 392 U. S. 932. Motion for leave to file supplement to petition for rehearing granted. Petition for rehearing denied.

No. 548, Misc., October Term, 1967. McCARTY ET AL. v. KANSAS, 392 U. S. 308. Petition for rehearing by petitioner McCarty denied.